# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

FILED ☒    LODGED ___
RECEIVED ___    COPY ___

JUL 1 6 2004

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

**UNITED STATES OF AMERICA**

**V.**

**VALENTIN ROBLES LOMELI**

**CRIMINAL COMPLAINT**

CASE NUMBER: 04 - 6171M

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about June 4th, 2004 in the District of Arizona, Defendant did:

Knowingly travel in interstate commerce from the State of Arizona to avoid arrest on charges filed in the Superior Court of Arizona, in and for the County of Maricopa, of two counts of 2nd Degree Murder, both class 1 felonies, ARS 13-1104A1 in violation of Title 18 United States Code Section(s) 1073. I further state that I am a Deputy U.S. Marshal, and that this complaint is based on the following facts:

**See attached statement of probable cause.**

Continued on the attached sheet and made a part hereof: ☒ Yes    ☐ No

AUTHORIZED BY: Assistant United States Attorney Darcy Cerow

Christopher P. Kruse  Deputy U.S. Marshal
Name of Complainant

Signature of Complainant

Sworn to before me and subscribed in my presence,

July 16, 2004
Date

at Phoenix, Arizona
City and State

U.S. Magistrate Judge David Duncan
Name & Title of Judicial Officer

Signature of Judicial Officer

# STATEMENT OF PROBABLE CAUSE

I, Christopher P. Kruse, being duly sworn, hereby depose and state as follows:

1. I am a Deputy United States Marshal assigned to the United States Marshals Service, Phoenix, Arizona office, and have been so employed since June of 1998.

2. This statement is made in support of an application for a complaint and arrest warrant charging Valentin LOMELI, date of birth 07/07/1982, with a violation of Title 18 United States Code 1073 (Unlawful Flight to Avoid Prosecution). An official request for assistance in apprehending LOMELI was made by the Phoenix Police Department in Phoenix, Arizona on June 29, 2004.

3. Phoenix Police detective Jose Cisneros #4657 informed the affiant that on June 4, 2004 at approximately 7:00 p.m., Jonathan Brian Espinoza, and Gino Joseph Pineda were shot and later died outside a residence located at 1836 E. Hidalgo St Phoenix, AZ. Detective Cisneros informed the affiant that Gino Pineda made a dying declaration stating that Valentin LOMELI had shot him.

4. Detective Cisneros has recently received information from a confidential source that LOMELI may have fled to the Republic of Mexico with his brother Gabriel Lomeli. LOMELI has not been seen since the night of the shooting and may also be traveling with his girlfriend Adriana J. Flores who was seen with LOMELI the night of the shooting. An additional confidential source provided to Detective Frank Bustillos of the Mesa, Arizona Police Department, information that LOMELI had fled to the Republic of Mexico or possibly California. According to the Phoenix Police investigation, LOMELI has family ties to Mexico.

5. Detective Cisneros from the Phoenix Police Department interviewed Maria Elena Desantiago, and Amelia Haro later identified as LOMELI's mother and half sister on June 6, 2004. Haro stated that she had witnessed her brother Valentin LOMELI shoot the victims. Haro and Desantiago both indicated they were unaware of LOMELI's whereabouts at the time.

6. Detective Cisneros again interviewed Maria Desantiago and Amelia Haro on July 6, 2004, and both stated they did not have any information regarding the whereabouts of LOMELI.

7. Since June 29, 2004 the affiant has conducted surveillance of residences belonging to several of LOMELI's associates. All attempts to locate the subject and or the suspect's vehicle have met with no results.

8. Based on the above facts, I have probable cause to believe that LOMELI has fled the State

of Arizona to avoid prosecution in violation of Title 18 United States Code 1073.

Sworn to and subscribed before me
this 16 day of July, 2004.

_____
DAVID DUNCAN
U.S. Magistrate Judge

_____
Christopher P. Kruse Deputy U.S. Marshal
United States Marshals Service
District of Arizona